**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7223**

LEON GHOLSON,

                    Plaintiff - Appellant,

          v.

C. DAVIS, Records; J. LAFLAND, Inmate Records,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:16-cv-01019-CMH-MSN)

Submitted:  January 17, 2017          Decided:  January 19, 2017

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Leon Gholson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Gholson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Gholson's informal brief does not challenge the basis for the district court's disposition, Gholson has forfeited appellate review of the court's order. <u>See</u> <u>Williams v. Giant Food Inc.</u>, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>